UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.G. M.N., | No. 1:26-cv-0679 DAD CSK P |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF GOLDEN STATE ANNEX DETENTION FACILITY, | |
| Respondent. | |

Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner filed a request to proceed in forma pauperis. Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a). Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all the rules to other types of habeas corpus petitions including § 2241 petitions.

Petitioner also requests to proceed under a pseudonym. (ECF No. 3.) There does not appear to be any prejudice to respondents as petitioner has already disclosed his identity to respondents and respondents have not filed an opposition to the request. The public's interest in open judicial proceedings is not meaningfully impaired as petitioner does not seek to seal records or take other action beyond using a pseudonym for his name. Finally, the public's interest in

1

open judicial proceedings is not meaningfully impaired as petitioner does not seek to seal records or take other action beyond using a pseudonym for his name.  Accordingly, the Court finds good cause to grant petitioner's request.

The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.  Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents are directed to show cause why the writ should not be granted by filing an answer or motion to dismiss within 7 days from the date of this order.  See 28 U.S.C. § 2243.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner's request to proceed in forma pauperis (ECF No. 2) is granted.

2.  Petitioner's motion to proceed under a pseudonym (ECF No. 3) is granted.

3.  Respondents are directed to file an answer or motion to dismiss within 7 days from the date of this order.  Respondents shall include with the answer or motion to dismiss any and all transcripts or other documents relevant to the determination of the issues presented in the application.  **Any response SHALL provide the Court with copies of all referenced/relevant portions of Petitioner's A-File and other supporting documents, including at minimum any and all release orders, any and all supervision orders, any relevant violations of release or supervision, any and all detention orders, any and all removal orders, and any referenced Notice(s) to Appear.**

4.  Petitioner's reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within 10 days after being served with a copy of respondents' answer or motion to dismiss. A reply by respondents to an opposition to a motion to dismiss is due within 7 days after being served with the opposition.

5.  Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective.  L.R. 182(f).  A party's

2

failure to inform the court of a change of address may result in the imposition of sanctions including dismissal of the action.

Dated:  February 4, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/mart0679.100.2241.IFP.prose

3