UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. G. M. N., | No. 1:26-cv-00679-DAD-CSK (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS |
| WARDEN, | |
| Respondent. | (Doc. No. 19) |

Petitioner C.G.M.N. is a federal immigration detainee proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 23, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 19.) Specifically, the assigned magistrate judge found that, based on the same reasoning set forth in the undersigned's prior orders granting petitioner's motions for temporary restraining order and preliminary injunction (Doc. Nos. 15, 18), the pending petition for habeas relief should be granted. (Doc. No. 19 at 4.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 4–5.)

1

On March 30, 2026, respondent filed its objections to the pending findings and recommendations. (Doc. No. 20.) Respondent's sole objection is that petitioner is charged with certain criminal offenses that may subject him to mandatory detention pursuant to 8 U.S.C. § 1226(c) if he is convicted. (*Id.* at 1–2.) Respondent requests that this court enter injunctive relief that permits detention if petitioner is ultimately convicted on those pending charges. (*Id.*) The magistrate judge accounted for this possibility in the findings and recommendations by recommending that the court issue a permanent injunction that "does not address other circumstances where detention authority is established under different authority than what is presented in this case." (Doc. No. 19 at 4.) Accordingly, respondent's objection does not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

For the reasons above.

1.    The findings and recommendations issued on March 5, 2026 (Doc. No. 11) are ADOPTED IN FULL;

2.    Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a.    Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner absent exigent circumstances without providing petitioner notice and a pre-detention hearing before an immigration judge, at which hearing the government will bear the burden to demonstrate petitioner is a danger to the community or flight risk by clear and convincing evidence;

   b.    This injunction does not address circumstances where detention is authorized pursuant to detention authority other than that which was presented by respondent in this action;

/////

/////

2

3.      The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **April 8, 2026**

_Dale A. Drozd_

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3