UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

C.G.M.N.,

          Petitioner,

    v.

WARDEN OF GOLDEN STATE ANNEX
DETENTION FACILITY,

          Respondent.

No.  1:26-cv-00679-DAD-CSK

ORDER RELATING AND REASSIGNING
CASES, GRANTING MOTION TO
PROCEED UNDER PSEUDONYM, AND
SETTING BRIEFING SCHEDULE ON
MOTION FOR TEMPORARY
RESTRAINING ORDER

C.G.M.N.,

          Petitioner,

    v.

CURRENT OR ACTING FIELD OFFICE
DIRECTOR, SAN FRANCISCO FIELD
OFFICE, UNITED STATES
IMMIGRATION AND CUSTOMS
ENFORCEMENT,

          Respondents.

No.  1:26-cv-04082-DJC-AC

**New Case No.  1:26-cv-04082-DAD-CSK**

(Doc. No. 3)

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.

/////

1

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that Case No. 1:26-cv-04082-DJC-AC shall be reassigned to the undersigned and Magistrate Judge Chi Soo Kim. The caption on documents filed in the reassigned case shall be shown as: 1:26-cv-04082-DAD-CSK. It is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

In light of petitioner's motion to proceed under a pseudonym being granted in the prior action, *see* 1:26-cv-00679-DAD-CSK, Doc. No. 9, the court GRANTS petitioner's motion to proceed under a pseudonym (Doc. No. 3) in the action now titled 1:26-cv-04082-DAD-CSK. The Clerk of the Court is directed to update the docket to change petitioner's listed name to C.G.M.N.

On May 28, 2026, petitioner filed a motion for temporary restraining order in the action now titled 1:26-cv-04082-DAD-CSK. Petitioner's motion seeks to enforce the court's order in the prior action, specifically contending that respondents have failed to provide a pre-deprivation hearing that complies with the court's order. Respondents are directed to file an opposition and either a recording or a transcript of the May 27, 2026 bond hearing to the pending motion for temporary restraining order no later than June 4, 2025 at 5:00 p.m.

IT IS SO ORDERED.

Dated:    **June 1, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2